IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAUL ELEAZAR WOODARD | § | |
| | § | |
| VS. | § | CIVIL NO. 4:25-CV-01096-SDJ-BD |
| | § | |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #19), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that the petition for a writ of habeas corpus should be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED.** All motions by either party not previously ruled on are hereby **DENIED**.

1

**So ORDERED and SIGNED this 22nd day of April, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE